IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>        Plaintiff,<br>    v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM. | MISC. No. _____<br><br>Northern District of California<br>Case No. C-02-1786 JSW-EMC |

**MOTION TO COMPEL AND REQUEST FOR ORDER TO SHOW CAUSE**

First Data Corporation, First Data Resources Inc. and First Data Merchant Services Corporation (collectively, "First Data") hereby move to compel deposition testimony pursuant to a duly authorized subpoena issued from this Court and for the issuance of an order to show cause, and respectfully represent as follows:

    1.    On March 29, 2005, First Data Corporation, First Data Resources Inc. and First Data Merchant Services Corporation (collectively "First Data"), defendants and counterclaimants in the above-captioned action, served a Subpoena pursuant to Federal Rule of Civil Procedure 30(b)(6) on third party Visa Europe Services, Inc. ("VESI").

    2.    VESI is incorporated under the laws of the State of Delaware, and is therefore a citizen of this State subject to this Court's jurisdiction. *See BAE Systems Aircraft Controls, Inc. v. Eclipse Aviation Corp.*, 224 F.R.D. 581, 589 (D. Del. 2004); *see also Reach and Assocs., PC*

- 1 -

*v. Dencer*, 269 F. Supp 2d 497, 502 (D. Del. 2003).

3.      The Subpoena set the deposition of VESI's corporate representative(s) for April 8, 2005, at 9:00 a.m. in Wilmington, Delaware.

4.      On April 7, 2005, the day before the scheduled deposition, VESI informed First Data that it would not appear.

5.      VESI's reasons for refusing to appear for the deposition are not well founded, and to date, VESI has not moved this Court for a protective order limiting or excusing its appearance for the deposition.

6.      First Data has made reasonable attempts to resolve the issues giving rise to VESI's refusal to appear for the deposition, but First Data's attempts have not been successful.

7.      First Data had a critical need to take VESI's deposition with sufficient time to use the testimony to complete its expert reports prior to their required disclosure on April 29, 2005. First Data now has an even more urgent need to complete the deposition prior to the required disclosure of its rebuttal expert reports on May 20, 2005.

8.      First Data therefore moves the Court for an order compelling VESI's immediate attendance at the deposition in Delaware no later than May 10, 2005. First Data also requests that the Court issue an Order to Show Cause why VESI should not be held in contempt pursuant to Federal Rule of Civil Procedure 45(e).

9.      First Data's Motion to Compel and Request for an Order to Show Cause are supported by an accompanying memorandum and the Declaration of Thomas S. Clifford.

WHEREFORE, First Data respectfully requests that the Court enter (i) an order compelling immediate attendance at a deposition in Delaware no later than May 10, 2005, and (ii) an order to show cause why VESI should not be held in contempt of court.

DATED: May 2, 2005

Respectfully submitted:

By: _____
Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

- and -

Geraldine M. Alexis (Cal. Bar No. 213341)
Beth H. Parker (Cal. Bar No. 104773)
David P. Chiappetta (Cal. Bar No. 172099)
Thomas S. Clifford (Cal. Bar No. 233394)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Tel.: (415) 393-2000
Fax: (415) 393-2286

Attorneys for Defendants,
Counterclaimants and Moving Parties
FIRST DATA CORPORATION, FIRST DATA RESOURCES INC., and FIRST DATA MERCHANT SERVICES CORPORATION

SF/21615861.1

## CERTIFICATION OF GOOD FAITH EFFORTS

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I hereby certify that counsel for defendants, counterclaimants and moving parties First Data Corporation, First Data Resources Inc. and First Data Merchant Services Corporation has made a reasonable effort to reach agreement with opposing attorneys on the matters set forth in the motion, and has been unable to reach such agreement.

Dated: May 2, 2005

_____
Thomas S. Clifford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM. | )<br>)<br>)  MISC. No. _____<br>)<br>)  Northern District of California<br>)  Case No. C-02-1786 JSW-EMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER COMPELLING VISA EUROPE SERVICES, INC. ("VESI")
TO APPEAR FOR DEPOSITION**

On May 2, 2005, defendants and counterclaimants in the above-captioned action First Data Corporation, First Data Resources Inc., and First Data Merchant Services Corporation (collectively "First Data") filed a motion for an order compelling Delaware corporation Visa Europe Services, Inc. ("VESI") to appear for deposition and show cause why it should not be held in contempt pursuant to Federal Rule of Civil Procedure 45(e) for its failure to comply with a duly noticed deposition subpoena.

After full consideration of the arguments and evidence submitted by the parties, and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that:

    1.    VESI is to immediately meet and confer with First Data to schedule the deposition of VESI that will take place in Delaware. The deposition shall be conducted no later than May 10, 2005.

DATED: May \_\_\_, 2005

                                                                                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | )<br>)<br>)  MISC. No. _____<br>)<br>)  Northern District of California<br>)  Case No. C-02-1786 JSW-EMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER COMPELLING VISA EUROPE SERVICES, INC. ("VESI")
TO SHOW CAUSE WHY IT SHOULD
<u>NOT BE HELD IN CONTEMPT OF THE COURT</u>**

On May 2, 2005, defendants and counterclaimants in the above-captioned action First Data Corporation, First Data Resources Inc., and First Data Merchant Services Corporation (collectively "First Data") filed a motion for an order compelling Delaware corporation Visa Europe Services, Inc. ("VESI") to appear for deposition and show cause why it should not be held in contempt pursuant to Federal Rule of Civil Procedure 45(e) for its failure to comply with a duly noticed deposition subpoena.

After full consideration of the arguments and evidence submitted by the parties, and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that:

1. VESI shall appear before this court on May \_\_\_, 2005 at _____ a.m./p.m. to show cause why it should not be held in contempt for failure to comply with the subpoena. VESI shall file any responsive pleading no later than 4:30 p.m. on May \_\_\_, 2005. The contempt order following the hearing on the order to show cause may include, but not be

SF/21615652.3

limited to, First Data's costs and fees in filing this motion and any other sanctions the court deems appropriate.

DATED: May ____, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2005, a copy of the foregoing Motion To Compel and Request for Order To Show Cause, as well as the accompanying memorandum in support and the supporting declaration of Thomas S. Clifford was served as follows:

BY HAND DELIVERY

Visa Europe Services, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

BY FEDEX AND ELECTRONIC MAIL

Christine Royce-Lewis
Visa Europe Services, Inc.
1 Sheldon Square
London W25TT
United Kingdom

_____
Thomas G. Macauley (ID No. 3411)