

**ZUCKERMAN SPAEDER LLP**

919 MARKET STREET   SUITE 990   P.O. BOX 1028
WILMINGTON, DE 19899-1028
302.427.0400   302.427.8242 fax   www.zuckerman.com

Thomas G. Macauley
302.427.0400
tmacauley@zuckerman.com

May 2, 2005

BY HAND

Clerk of Court
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Requested Order to Show Cause

To whom it may concern:

The attached papers seek, among other things, the commencement of a miscellaneous action relating to a duly served deposition subpoena and the issuance of an order to show cause for failure to comply with the subpoena. A copy of the subpoena is attached as Exhibit A to the supporting declaration of Thomas S. Clifford.

Time is of the essence in this matter because the requested deposition must take place so that the information can be utilized prior to the May 20, 2005 deadline in the underlying litigation for service of expert rebuttal reports.

I am available at the Court's convenience to answer any questions.

Respectfully,

Thomas G. Macauley

TGM/dlg
Enclosures

cc: Visa Europe Services, Inc.