# Exhibit D

**Clifford, Tom**

| | |
|---|---|
| **From:** | Royce-Lewis, Christine [RoyceleC@visa.com] |
| **Sent:** | Monday, April 25, 2005 9:26 AM |
| **To:** | Clifford, Tom |
| **Subject:** | First Data |

Tom

I am in receipt of your both your letter and voicemail

We are considering our position and will reply in due course

In the circumstances I do not believe we will achieve anything with a telephone call and would prefer all further communication to be in writing.

Thank you

Christine


This email (including attachments) is confidential and is solely intended for the addressee. Unless you are the addressee, you may not read, use or store this email in any way, or permit others to. If you have received it in error, please contact Visa Europe on + 44 (0)20 7937 8111

Please note, as of 1 July the Visa EU region incorporated and is now comprised of two companies, Visa Europe Limited, to which all the Members belong, and Visa Europe Services Inc. an operating company employing all EU Region staff and owning all the EU Region assets.  Together these companies will trade as  " Visa Europe ". We would appreciate it if you could update your records to reflect this change of name.