# Exhibit E

**BINGHAM McCUTCHEN**

Tom Clifford
Direct Phone: (415) 393-2702
Direct Fax:    (415) 393-2286
tom.clifford@bingham.com

April 25, 2005

**Via Email, Facsimile and U.S. Mail**

Christine Royce-Lewis
Visa Europe Services, Inc.
1 Sheldon Square
London W25TT
United Kingdom

Re:   *Visa v. First Data*:  VESI Subpoena

Dear Christine:

This letter responds to your email today and follows up on my April 21, 2005 letter and subsequent telephone messages on April 22, 2005 and April 25, 2005.

We request an immediate meet-and-confer in Delaware or, given the logistical concerns previously raised by VESI, a telephonic meeting to discuss this issue and move towards agreement. As you know, our subpoena noticed the VESI deposition for April 8, 2005. Nearly three weeks later we have yet to resolve things. We cannot afford to wait for VESI to "reply in due course" as you noted in your email today.

This issue should not require the time or resources of the federal courts. First Data is willing to take reasonable steps to meet VESI's concerns – particularly as to location. However, if we continue to encounter delay, we will take all measures necessary to compel this deposition in federal court.

Please respond with a time for a meet-and-confer. I will make every effort to accommodate any reasonable time that works for you.

Sincerely yours,

Tom Clifford

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

415.393.2000
415.393.2286 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

SF/21614764.1