# Exhibit F

**Clifford, Tom**

---

| | |
|---|---|
| **From:** | Royce-Lewis, Christine [RoyceleC@visa.com] |
| **Sent:** | Thursday, April 28, 2005 10:21 AM |
| **To:** | Clifford, Tom |
| **Subject:** | RE: Visa v. First Data: VESI deposition |

We will respond to your request tomorrow, friday 29 April

Christine


-----Original Message-----
From: Clifford, Tom [mailto:tom.clifford@bingham.com]
Sent: 25 April 2005 22:33
To: Royce-Lewis, Christine
Subject: Visa v. First Data: VESI deposition


Christine,

Attached is a response to your email.

Thanks,

Tom

-----Original Message-----
From: Royce-Lewis, Christine [mailto:RoyceleC@visa.com]
Sent: Monday, April 25, 2005 9:26 AM
To: Clifford, Tom
Subject: First Data


Tom

I am in receipt of your both your letter and voicemail

We are considering our position and will reply in due course

In the circumstances I do not believe we will achieve anything with a
telephone call and would prefer all further communication to be in writing.

Thank you

Christine


This email (including attachments) is confidential and is solely intended
for the addressee. Unless you are the addressee, you may not read, use or
store this email in any way, or permit others to. If you have received it in
error, please contact Visa Europe on +44 (0)20 7937 8111

Please note, as of 1 July the Visa EU region incorporated and is now
comprised of two companies, Visa Europe Limited, to which all the Members
belong, and Visa Europe Services Inc. an operating company employing all EU
Region staff and owning all the EU Region assets. Together these companies
will trade as " Visa Europe ". We would appreciate it if you could update
your records to reflect this change of name.


=====================================================================
The information in this e-mail (including attachments, if any) is considered confidential

and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.
==============================================================================
This email (including attachments) is confidential and is solely intended for the addressee. Unless you are the addressee, you may not read, use or store this email in any way,or permit others to. If you have received it in error, please contact Visa Europe on + 44 (0)20 7937 8111

Please note, as of 1 July the Visa EU region incorporated and is now comprised of two companies, Visa Europe Limited, to which all the Members belong, and Visa Europe Services Inc. an operating company employing all EU Region staff and owning all the EU Region assets.  Together these companies will trade as  " Visa Europe ". We would appreciate it if you could update your records to reflect this change of name.

2