# Exhibit G

BINGHAM McCUTCHEN

Tom Clifford
Direct Phone: (415) 393-2702
Direct Fax:   (415) 393-2286
tom.clifford@bingham.com

April 29, 2005

**Via Email, Facsimile and U.S. Mail**

Christine Royce-Lewis
Visa Europe Services, Inc.
1 Sheldon Square
London  W25TT
United Kingdom

Re:  *Visa v. First Data*:  VESI Subpoena

Dear Christine:

This letter follows up on your email of April 28, 2005, which states that you will respond to First Data on Friday, April 29, 2005. It is now Friday, April 29, 2005, well into the afternoon in the United Kingdom, and we have not yet heard from VESI. We attempted to contact you via telephone earlier today, to no avail.

As you already know, we urgently need to schedule and take this deposition as our expert reports are due today and rebuttal reports are due in three weeks. We have made a sincere and substantial effort to meet and confer with VESI on this issue and encountered much resistance and delay.

We now have no choice but to move to compel VESI's deposition testimony in the Delaware Federal District Court and to request an order that VESI be required to appear and show cause as to why it should not be held in contempt of court. We will move on this issue if we are unable to reach a resolution with VESI by close of business in Britain today.

Sincerely yours,

Tom Clifford

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

415.393.2000
415.393.2286 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

SF/21615627.1