# Exhibit I





Visa International Annual Report 2004



**Visa's vision is to be "the way the world pays."**
Visa is realizing that vision by creating payment
products and services that allow buyers and
sellers to conduct commerce with choice, ease
and confidence in both the physical and virtual
worlds—anywhere, anytime and any way.
This vision is grounded in a rich heritage of
acceptance, convenience, flexibility and security
—attributes that have characterized the
Visa brand since its inception.

## Letter from the Chairman



**William P. Boardman**
Chairman
Visa International
Board of Directors

I am pleased to report that 2004 was a good year for Visa International. Economies stabilized around the world and we saw strong growth across all sectors of our business. We also made good progress in further aligning our organizational structure with our strategic objectives.

I believe that Visa's commitment to strong regional management is one of the keys to our success. It has enabled local member banks to work closely with regional Visa teams who are well versed in the nuances of local markets. This closeness to market allows our customers to develop locally tailored new products and marketing programs with speed and flexibility.

In July 2004, as part of this strategy, Visa Europe was incorporated as a new entity and became a group member of Visa International.

The Visa worldwide enterprise is now comprised of three incorporated regions (Visa U.S.A., Visa Europe and Visa Canada) and the three regions that form part of the Visa International legal entity (Asia Pacific, Central and Eastern Europe, Middle East and Africa, and Latin America and Caribbean).

Our Headquarters team at Visa International, Visa Worldwide Services (VWS), continues to provide services to all the regions for global activities, such as brand management, development of product platforms, risk management, the funds settlement process and the traditional activities of the corporate center.

In 2004, there was a change in leadership for Visa International. Malcolm Williamson retired after five years at the helm. I want to again extend my thanks to Malcolm for his leadership contributions to Visa. Christopher Rodrigues joined in May 2004. The Association will certainly benefit from Christopher's strong knowledge of the financial services industry and his ability to lead us through today's challenging legal and regulatory climate.

I am certain that the plans that are now being developed, coupled with our unparalleled brand strength and strong member support, position Visa well to drive the continued growth of the Visa payment system and to lead within the competitive world of modern payment systems.

I am also confident that Christopher and his team will continue to expand the benefits and value that Visa brings to markets, cardholders, merchants and members.

Finally, I would like to thank each of our member financial institutions and the staff of Visa International for their continued support and significant contributions towards shaping Visa's future.

Sincerely,

*WP Boardman*

**William P. Boardman**
Chairman
Visa International Board of Directors

## Letter from the President and CEO

I have now been with Visa for just over six months. In that time, I have met with all our regional boards, a significant number of members and merchants, regulators in six major markets and staff around the world.

This voyage of discovery has given me an excellent insight into the opportunities and challenges facing our business. By every measure, extraordinary progress has been made building Visa into one of the leading financial services brands worldwide. Last year was no exception as is evidenced in this annual review.



**Christopher J. Rodrigues**
President and CEO
Visa International

For cardholders and merchants, Visa works. It is as simple as that. And that simplicity and reliability provide the cornerstone of Visa's success. Indeed our ubiquitous presence around the world and the reliability of our systems can make what we all do seem effortless. This means we must focus on helping all stakeholders to gain a greater understanding of the significant investment and effort that go in to ensuring our global payment system operates reliably and safely.

The fact that we are not a profit-driven organization can further confuse those outside the Association who want to understand how Visa operates. Put simply, our Association funding equation is:

> "Annual system operating costs and marketing spend plus investment in new products, platforms and systems plus necessary growth in reserves equals annual member contribution".

The fact that there is no profit does not mean there is no investment. Those who look at our business and consider it a utility ignore the significant private investment that has been made in the system to date and, more importantly, the continued investment that is required to support future growth. Electronic payments are not a mature business, they are a growth business and the world economy benefits from the investments made by Visa and our member financial institutions worldwide.

As I look to the future I am excited by the enormous potential to grow the Visa payment system in developed markets, developing markets and emerging markets and I look forward to working with our members to help achieve that potential.

This annual report is more comprehensive than its predecessors. It has been designed to help our members have a full understanding of Visa International. It reflects our commitment to increased transparency even though we are a member-owned private association. This spring we will also publish a Worldwide Association Report to help our other stakeholders improve their understanding of the entire Visa enterprise.

In 2004, we experienced continued growth across the world as economies stabilized and travel flows recovered from the combined impact of SARS and the Iraq war. Retail Sales Volume (RSV) growth of 15% was better than 2003 growth of 12% and all regions achieved RSV growth equal to or better than in 2003. Credit volumes continue to show solid growth while Visa's debit business grew 19% in the year and now exceeds total credit volume worldwide. Growth in Visa's commercial solutions has been significant. Commercial volumes for the four quarters ended September 30, 2004 increased 23% over the previous year and now exceed $200 billion while the small business sector continues

**Letter from the President and CEO** (continued)

to show strong growth and now exceeds $100 billion. All card programs benefited from the expansion of new acceptance markets including quick service restaurants, health care and recurring payments. We also introduced the unembossed Visa card that can be used as a credit, debit or prepaid card.

The Association is in good health and the world economy has stabilized after the disruptions of 2003. We are learning to operate in the public domain and our reputation management skills have strengthened. Our challenge in the year ahead is to refine and align our strategy for achieving the next stage of Visa's growth while responding to the demands of multiple stakeholders. We have the will to do this and, with the support of the regional Presidents and their teams, I have every confidence that 2005 will be another successful year for the Association.

Sincerely,

*[signature]*

President and CEO
Visa International

4
**Letter from the President and CEO** (continued)

Visa International
## 2004 Board of Directors
(as of November 1, 2004)

**CHAIRMAN**
**William P. Boardman** [1]
Visa International Service Association

**PRESIDENT &**
**CHIEF EXECUTIVE OFFICER**
**Christopher J. Rodrigues** [1]
Visa International Service Association

### ASIA-PACIFIC

**Antonio Lee Go** [1]
Chairman
Equitable PCI Banking Corporation
PHILIPPINES

**Peter Hawkins** [3]
Group Managing Director
ANZ Banking Group Limited
AUSTRALIA

**Michiyoshi Kuriyama** [2]
Chairman
Visa Japan Association
President
Sumitomo Mitsui Card Company, Ltd
JAPAN

### VISA CANADA ASSOCIATION

**Alberta G. Cefis** [3]
Executive Vice President
The Bank of Nova Scotia

**Walt Macnee** [1][2]
Executive Vice President
CIBC

### CENTRAL AND EASTERN EUROPE, MIDDLE EAST AND AFRICA

**Vivian Bartlett** [1]
Director
FirstRand Bank Limited
SOUTH AFRICA

### VISA EUROPE LIMITED

**Peter Ayliffe** [3]
Group Executive Director
Lloyds TSB Bank plc
UNITED KINGDOM

**Dr. Johannes Evers** [2]
Member of the Board of Management
Bankgesellschaft Berlin AG
GERMANY

**Gary Hoffman** [1][2]
Chief Executive
Barclaycard
UNITED KINGDOM

**Jan Lidén** [3]
President
FöreningsSparbanken
SWEDEN

**Eduardo Merigo** [1][3]
President
ServiRed S.C.
SPAIN

**Gérard Nebouy** [3]
Chief Executive Officer
Groupement Carte Bleue
FRANCE

**Hans van der Velde**
President & Chief Executive Officer
Visa Europe Limited
UNITED KINGDOM

### LATIN AMERICA AND CARIBBEAN

**David H. Chafey** [3]
President
Banco Popular de Puerto Rico
PUERTO RICO

**Segismundo Schulin-Zeuthen** [1][2]
President
Banco de Chile
CHILE

### VISA U.S.A. INC.

**Richard K. Davis** [2]
Vice Chairman
US Bancorp

**Charles T. Doyle** [2]
Chairman of the Board
Texas Independent Bancshares, Inc.

**Carl F. Pascarella**
President & Chief Executive Officer
Visa U.S.A. Inc.

**G. Patrick Phillips** [1]
President, Consumer Products
Bank of America Corporation

**H. Jay Sarles** [2]
Vice Chairman
Bank of America Corporation

**Charlie Scharf** [1][3]
Head of Retail Financial Services
JPMorgan Chase

**John G. Stumpf** [3]
Group Executive Vice President
Wells Fargo & Company

---

[1] Member of the Executive Committee. William P. Boardman serves as Chairman of this committee.
[2] Member of the Compensation Committee. H. Jay Sarles serves as Chairman of this committee.
[3] Member of the Audit, Risk and Finance Committee. Eduardo Merigo serves as Chairman of this committee.



# 2004

Visa International Annual Report

## Business

### Visa Overview

The global Visa enterprise (hereafter referred to as "Visa," "we," "us" or "our") is the world's leading electronic payment solutions group of organizations serving approximately 21,000 financial institutions. Visa International Service Association (hereafter referred to as "Visa International" or the "Company") is a privately held, nonstock, for-profit Delaware membership corporation and is one of a group of affiliated legal entities that form the Visa enterprise. As an open bankcard association, we are responsible to our member financial institutions, which include primarily commercial and retail banks, savings and loans, and credit unions. There are two primary roles that members may undertake: a financial institution that issues Visa branded cards to its consumers acts as an "issuer," and a financial institution that supports and enables merchants to accept Visa branded cards for payment acts as an "acquirer." Many members perform both of these functions. We believe that we enhance the competitiveness and profitability of our members by playing a pivotal role in developing and supporting innovative payment products and services our members can offer to their cardholders and merchants. Our products include: credit, debit and prepaid payment solutions; corporate, purchasing and business cards solutions; and travelers cheques. These products and services enable consumers and businesses to conduct commerce easily, conveniently and securely in both the physical and virtual worlds – anywhere, anytime and any way. We also provide our members with global payment platform development, nonstop operation of the world's largest and most sophisticated payment processing system and management of the Visa brand through various marketing activities.

Globally, the reach in popularity of Visa branded cards is vast with total card sales volume ("CSV") of $3.3 trillion in fiscal 2004, a 12.8% increase over 2003. CSV represents gross usage on Visa branded cards for goods and services and cash transactions (which include balance transfers and convenience checks). At September 30, 2004, the total number of Visa cards in circulation was 1.2 billion, a 12.9% increase over 2003. Visa cardholders can use their cards to obtain cash at more than 900,000 automated teller machines ("ATMs") in over 150 countries. Globally, Visa processes transactions denominated in approximately 180 different currencies.

Visa International along with three other unconsolidated legal entities: Visa U.S.A. Inc. ("Visa U.S.A."), Visa Europe Limited ("Visa Europe") and Visa Canada Association ("Visa Canada") completes the enterprise. Visa U.S.A., Visa Europe and Visa Canada are separately incorporated regions that are group members of Visa International and abide by the Company's operating regulations and By-Laws. There are also unincorporated regions that are divisions of Visa International: the Asia-Pacific ("A-P") region, the Central and Eastern Europe, Middle East and Africa ("CEMEA") region, and the Latin America and Caribbean ("LAC") region. In addition, Inovant LLC is a processing subsidiary owned 85% by Visa U.S.A., 5% by Visa Canada and 5% each for the benefit of the LAC and A-P regions.

Prior to July 1, 2004, the European Union ("EU") region was one of Visa International's unincorporated regions. In order to enhance responsiveness to the local competitive landscape, the EU region was restructured as a separately incorporated entity and as a group member of Visa International, similar to the business model used in the United States and Canada. On July 1, 2004, the EU region was officially incorporated and the members within the EU region gave up their membership in Visa International and became direct members of Visa Europe, a newly formed United Kingdom private limited company. The incorporation of the EU region provides its members with a competitive advantage through more flexibility and control over the direction of the region. Upon incorporation, all of the assets and liabilities of the EU region were transferred to Visa Europe Services, Inc. ("VESI"), a separately incorporated Delaware entity and a wholly-owned subsidiary of Visa Europe.

Below is a graphic depiction of the current structure of Visa International:



Despite our global reach, we remain very much a decentralized organization, with all regions having a high degree of operating and marketing autonomy. The reason behind this is simple: our regional organizations are closest to their local markets, and they know best how to help members serve

their customers. This process of "localization" – balancing regional autonomy with the power of a global brand and worldwide interoperability – is one of the fundamental factors that supports our success. Governance is balanced regionally and globally. Each region is governed by its own Board of Directors. A regional president leads the day-to-day operations of each region and reports to the respective regional Board on significant business issues. The Visa International Board of Directors has ultimate responsibility for governing enterprise-wide matters and consists of representatives from the regional Boards, including the group members.

**Brand**

Visa is the most trusted and recognized payment brand in the world. It represents unsurpassed acceptance, convenience and reliability. With Visa, consumers are empowered to realize their dreams. For merchants, the Visa brand stands for timely and guaranteed payment and represents a way to grow a business profitably as the brand provides merchants with access to a vast consumer base. For our members, the Visa brand helps drive purchase volume and card issuance while complementing and enhancing the value of their own brands. The Visa brand is a reflection of several decades of building trust – from consumers, from merchants and from members. This legacy of trust is a reflection of our dedication to providing world-class products and services and reliable transaction processing systems. Clearly, the Visa brand is our most important asset.

Visa's approach to brand management combines advertising, sponsorships, promotions and public relations, all of which are designed to drive active preference for Visa branded products and increase usage, retention and member profitability. We work with our members to provide global as well as local research, marketing support and financial assistance in connection with the launch and marketing of card programs. Our advertising plays a critical role in reinforcing Visa's brand leadership, driving brand imagery and personality and communicating the benefits of Visa's brand and products. We also encourage card usage and loyalty through sponsoring and by forming marketing relationships with organizations that share our commitment to creating value and service. Through these relationships, we enhance member profitability by reinforcing the recognition that Visa is the world's best way to pay.

Global Sponsorships and Partnerships

The most prominent illustration of a successful global sponsorship is Visa's support of the Olympic Games. A worldwide Olympic sponsor for nearly two decades, Visa is proud of its affiliation with the Olympic movement and the Games' principles of inclusion, fair play and excellence – all values synonymous with the Visa brand. Visa will continue to be the exclusive payment card and the official payments service sponsor of the Olympic Games at least through 2012. The partnership has strengthened Visa's brand image and given us a worldwide platform from which to promote our products and services. Furthermore, our members benefit from this sponsorship when they promote their brand through our Olympic marketing programs. Beginning with the VII Paralympic Winter Games in Salt Lake City in 2002, Visa became the exclusive worldwide payments service partner for the Paralympic Games. Sponsorship of the Paralympic Games is an important extension of Visa's Olympic commitment. The Paralympics are elite sporting events for athletes from six different disability groups. Through this sponsorship, Visa seeks to use its widely known and respected brand to help deliver the messages of the Paralympic Games – pursuit, strength, inspiration and celebration – as well as to bring the achievements of Paralympic athletes to a worldwide audience. In addition, Visa is involved with numerous other initiatives around the world, including the Rugby World Cup and the Disney sponsorship.

Strategic Alliances and Investments

We enter into global strategic alliances and investments with key emerging technology companies. These selected companies work in partnership with us to build the next generation of global commerce and payments infrastructure. Together, we are defining and developing the future of electronic payments, including standards, security, systems and functionality to meet the needs of our member financial institutions, merchants and cardholders.

Intellectual Property

Visa International owns the intellectual property rights to the various Visa brand, designs, card and mark specifications, related logos and global acceptance marks and licenses the right to utilize the trademarks to group, principal and associate members.