**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2005, a copy of the foregoing Notice of Withdrawal of Motion To Compel and Request for Order To Show Cause was served on the following by first class mail, postage prepaid:

James Warnot, Esquire
Linklaters
1345 Avenue of the Americas
19th Floor
New York, NY 10105

*Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)